JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN L. ROYAL, | ) Case No. CV 12-3119 GAF(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| J. SOTO, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: August 29, 2014

_____
HONORABLE GARY A. FEESS
SENIOR UNITED STATES DISTRICT JUDGE

3